OPINION — AG — ** DEFERRED COMPENSATION FUND — BOARD OF EQUALIZATION ** NEITHER THE DEFERRED COMPENSATION FUND (74 O.S. 1705 [74-1705]), NOR THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT FUND (74 O.S. 921 [74-921]), NOR THE HEALTH AND LIFE INSURANCE RESERVE FUND (74 O.S. 1312 [74-1312]), NEED BE CERTIFIED AND ESTIMATED BY THE STATE BOARD OF EQUALIZATION IN ACCORDANCE WITH THE DUTIES OF THAT BOARD PRESCRIBED IN ARTICLE X, SECTION 23 OKLAHOMA CONSTITUTION. (STATE GOVERNMENT, CLASSIFICATION OF FUNDS, OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM, SPECIAL FUND, REVENUES) CITE: 74 O.S. 1312 [74-1312], ARTICLE X, SECTION 23, 74 O.S. 913.4 [74-913.4], 74 O.S. 919.1 [74-919.1], 74 O.S. 1310 [74-1310], 74 O.S. 1311 [74-1311], 74 O.S. 1701 [74-1701], 74 O.S. 1705 [74-1705], 74 O.S. 919.1 [74-919.1], 74 O.S. 920 [74-920] (FLOYD W. TAYLOR)